UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>　　　　　　　Defendants. | Cause No. 2:23-cv-804-JHC<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT HILL BROTHERS CHEMICAL COMPANY ONLY |

　　This matter came before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal as to Defendant Hill Brothers Chemical Company only. The Court finding that Defendant Hill Brothers Chemical Company has not appeared in this matter, the Court hereby grants Plaintiff's Motion. Defendant Hill Brothers Chemical Company is dismissed without prejudice. No costs, fees, or disbursements are assessed to any party.

Presented by:

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
*s/ John Steffan IV*
John Steffan IV, WSBA No. 60564
Meredith Good, WSBA No. 39890
Daniel Casey Dineen, WSBA No. 57317

ORDER GRANTING PL.'S UNOPPOSED MOT. FOR VOLUNTARY DISMISSAL AS TO DEF. HILL BROTHERS CHEMICAL CO. ONLY - 1
2:23-CV-804-JHC

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
80 SE MADISON STREET, STE. 310
PORTLAND, OR 97214
(314) 241-2003 – FAX (314) 241-4838

1  80 SE Madison Street, Suite 310
   Portland, OR 97214
2  Email: pnwservice@mrhfmlaw.com
   mgood@mrhfmlaw.com
3  cdineen@mrhfmlaw.com
   jsteffan@mrhfmlaw.com
4  Counsel for Plaintiff

5

6  Dated this 14th day of August, 2023.

7  _____
8  Hon. John H. Chun
   UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PL.'S UNOPPOSED MOT. FOR VOLUNTARY DISMISSAL AS TO DEF. HILL BROTHERS CHEMICAL CO. ONLY - 2
2:23-CV-804-JHC

MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC
80 SE MADISON STREET, STE. 310
PORTLAND, OR 97214
(314) 241-2003 – FAX (314) 241-4838