UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>Defendants. | Cause No. 2:23-cv-804-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT |

This matter comes before the Court on Plaintiff's Motion to Amend Complaint. Dkt. # 220. The motion is noted for tomorrow; but it is unopposed and the Court may now rule on it. The Court GRANTS the motion.

Dated this 17th day of August, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER GRANTING PL.'S MOT. TO AMEND COMPL. - 1
2:23-CV-804-JHC