UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>                      Plaintiff,<br><br>   vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al.,<br><br>                      Defendants. | NO. 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO KEENAN PROPERTIES, INC. ONLY |

## **STIPULATION**

Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant Keenan Properties, Inc. ("Defendant"), by and through their undersigned counsel of record, hereby stipulate that all claims by and between Plaintiff and Defendant in this action have been resolved and shall be dismissed with prejudice and without award of costs or fees to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and these parties request that the Court enter the Order as indicated below consistent with this stipulation.

STIPULATION AND ORDER OF DISMISSAL AS TO
KEENAN PROPERTIES, INC. ONLY - 1

**ORDER**

THIS MATTER having been brought on regularly before the undersigned judge of the above-entitled court upon the foregoing written stipulation of the parties, and inasmuch as this matter has been fully resolved and the court deems itself fully advised in the premises, now, therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims by and between Plaintiff and Defendant in the above-entitled action are dismissed with prejudice as to all parties, and without award of costs or fees to either of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED this 20th day of October, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE