UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON, as General personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., *et al.*,<br><br>Defendants. | No.: 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO METALCLAD INSULATION LLC ONLY |

## **STIPULATION**

Plaintiff Norita C. Sorenson ("Plaintiff") and Defendant Metalclad Insulation LLC ("Defendant"), by and through their undersigned counsel of record, herby stipulate that all claims by and between Plaintiff and Defendant in this action have been resolved and shall be dismissed with prejudice and without award of costs or fees to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and these parties request that the Court enter the Order as indicated below consistent with this stipulation.

Respectfully Submitted this 20th day of November, 2023.

BULLIVANT HOUSER BAILEY                    MAUNE RAICHLE HARTLEY

| | |
|---|---|
| By *s/ Lorianne Hanson* <br>    Lorianne Hanson, WSBA #53388 <br>    Ryan J. Roberts, WSBA #5816 <br>    *Attorneys for Metalclad Insulation LLC* | FRENCH & MUDD LLC <br><br> By   *s/ Meredith B. Good* <br>      Meredith B. Good, WSBA #39890 <br>      Deirdre McDonnell, *pro hac vice* <br>      Katryn Newton, *pro hac vice* <br>      *Attorneys for Plaintiffs* |

# ORDER

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant Metalclad Insulation LLC to dismiss this action, including any and all claims, by and among the parties hereto with prejudice and without costs and/or attorney fees to any party, and the Court being fully advised, it is hereby ORDERED as follows:

**IT IS SO ORDERED** that all of Plaintiff's claims and causes of action against Defendant are hereby dismissed with prejudice hereto and without costs or attorney fees reserving to Plaintiffs their claims against all other parties.

Dated this 20th day of November, 2023

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

BULLIVANT HOUSER BAILEY

By *s/ Lorianne Hanson*
   Lorianne Hanson, WSBA #53388
   Ryan J. Roberts, WSBA #5816
   *Attorneys for Metalclad Insulation LLC*

1
2 | MAUNE RAICHLE HARTLEY
FRENCH & MUDD LLC
3
4 | By      *s/ Meredith B. Good*
         Meredith B. Good, WSBA #39890
         Deirdre McDonnell, *pro hac vice*
5        Katryn Newton, *pro hac vice*
         *Attorneys for Plaintiffs*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER OF DISMISSAL AS TO METALCLAD INSULATION LLC ONLY - 3