UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>                    Plaintiff,<br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al.<br><br>                    Defendants. | NO.  2:23-cv-00804-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT PSF MECHANICAL, INC. ONLY** |

## STIPULATION

Plaintiff Norita C. Sorenson ("Plaintiff") and Defendant PSF Mechanical, Inc., ("Defendant"), by and through their undersigned counsel of record, herby stipulate that all claims by and between Plaintiff and Defendant in this action have been resolved and shall be dismissed without prejudice and without an award of costs or fees to either party, and these parties request that the Court enter the Order as indicated below consistent with this stipulation.

DATED this 29th day of November, 2023.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC<br><br>*s/ Meredith B. Good*<br>Meredith B. Good, WSBA No. 39890<br>Attorneys for Plaintiff | GORDON REES SCULLY MANSUKHANI, LLP<br><br>*s/ Kevin J.  Craig*<br>Kevin J. Craig, WSBA No. 29932<br>Attorneys for Defendant PSF Mechanical, Inc. |

## ORDER

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant PSF Mechanical, Inc., to dismiss this action, including any and all claims, by and among the parties hereto without prejudice and without costs and/or attorney fees to any party, and the Court being fully advised, it is hereby ORDERED as follows:

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims and causes of action against Defendant PSF Mechanical, Inc. only are hereby dismissed without prejudice hereto and without costs or attorney fees reserving to Plaintiff her claims against all other parties.

Dated this 30th day of November, 2023.

_____
JOHN H. CHUN
United States District Court Judge