# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>　　　　　　　　　　Defendants. | NO. 2:23-cv-00804-JHC<br><br>**STIPULATION AND ORDER GRANTING LEAVE FOR HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, ARGONAUT INSURANCE COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY TO FILE AN ANSWER-IN-INTERVENTION AND INTERVENE IN THIS MATTER**<br><br>NOTED FOR MOTION: January 2, 2024 |

TO THE COURT AND ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff Norita C. Sorenson, as General Personal Representative of the Estate of Reid S. Sorenson, and Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Zurich American Insurance Company, as successor in interest to Zurich Insurance Company U.S. Branch ("ZAIC"), Argonaut Insurance Company, and Fireman's Fund Insurance Company (collectively "Intervenors"), by and through their respective counsel, hereby stipulate and agree as follows:

STIPULATION AND ORDER GRANTING
LEAVE FOR INTERVENTION - 1

1. Pursuant to Fed. R. Civ. P. 24, Intervenors are intervening in this action solely in their capacity(ies) as liability insurers of Defendant Syd Carpenter, Marine Contractor, Inc., a suspended California corporation ("Syd Carpenter"), with a reservation of rights.

2. Intervenors may file an Answer-in-Intervention in this action, which shall constitute a responsive pleading to Plaintiff's operative Complaint as to the allegations made against Syd Carpenter.

3. Intervenors shall file their Answer-in-Intervention within ten days of the Court executing this Order.

4. Intervenors may appear in this action, including at trial, under the name of their insured, Syd Carpenter, Marine Contractor, Inc., in order to comply with the requirements of Fed. R. Evid. 411.

5. This stipulation may be executed by facsimile or electronic mail and in counterparts, and when so executed this stipulation will be endowed with the full force and legal effect of an original.

IT IS SO STIPULATED BY:

DATED: January 2, 2024   GORDON REESE SKULLY MANSUKHANI, LLP

By: *s/J. Scott Wood*
  J. Scott Wood
  Zackary Paal
  Attorneys for Intervenors

DATED: January 2, 2024   MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

By: s/ *Meredith B. Good*
  Meredith B Good
  Attorney for Plaintiff Norita C. Sorenson, as General Personal Representative of the Estate of Reid S. Sorenson

STIPULATION AND ORDER GRANTING
LEAVE FOR INTERVENTION - 2

**ORDER**

IT IS SO ORDERED:

DATED:   January 2, 2024

_____
JOHN H. CHUN
United States District Court Judge

STIPULATION AND ORDER GRANTING
LEAVE FOR INTERVENTION - 3