UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>Defendants. | Cause No. 2:23-cv-804-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT GENSCO, INC. ONLY |

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Gensco, Inc., only, in the above-entitled cause without prejudice and without costs to any party, Dkt. # 329, and the Court being fully advised in the premises, ORDERS as follows:

All of Plaintiffs' claims against Defendant Gensco, Inc., ONLY, are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED: this 16th day of February 2024.

*/s/ John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE