UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION., et al.,<br><br>Defendants. | Case No. 2:23-cv-00804 JHC<br><br>ORDER DISMISSING FLOWSERVE US, INC. SOLELY AS SUCCESSOR IN INTEREST TO EDWARD VALVE, NORDSTROM VALVE, AND ROCKWELL MANUFACTURING WITHOUT PREJUDICE |

This matter comes before the Court on the stipulated motion to dismiss Defendant Flowserve US, Inc. as alleged successor-in-interest to Edward Valve & Manufacturing Company, Nordstrom Valve Company, and Rockwell Manufacturing Co. ("Defendant Flowserve US, Inc."). Dkt. # 331. It is hereby ORDERED that each and every claim by Plaintiff, including claims pleaded or unpleaded, against Defendant Flowserve US, Inc. are hereby DISMISSED WITHOUT PREJUDICE and without the award of costs or fees.

/

/

DATED this 16th day of February, 2024

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE