UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>  Defendants. | Case No. 2:23-cv-00804-JHC<br><br>ORDER GRANTING PLAINTIFF'S AND DEFENDANT PNEUMO ABEX LLC'S JOINT MOTION TO VACATE AND RESET TRIAL AND TO EXTEND DEADLINES AND AMEND SCHEDULING ORDER |

THIS MATTER comes before the Court on Plaintiff's and Defendant Pneumo Abex LLC's Joint Motion to Vacate and Reset Trial and to Extend Deadlines and Amend Scheduling Order.  Dkt. # 333.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the case file, and the governing law.  Being fully advised, the Court GRANTS the motion and sets trial in this matter for January 21, 2025.  The Court DIRECTS the Clerk to issue a new case scheduling order.

DATED this 11th day of March, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE