UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>Defendants. | No. 2:23-cv-00804-JHC<br><br>STIPULATED DISMISSAL OF DEFENDANT W.W. HENRY COMPANY<br><br>Note on Motion Calendar: March 21, 2024 |

Plaintiff and Defendant W.W. Henry Company hereby stipulate and agree that all claims asserted by Plaintiff against Defendant W.W. Henry Company shall be dismissed without prejudice and without fees or cost to any party. This stipulated dismissal does not affect Plaintiff's claims against any other defendant.

//

//

//

//

STIPULATED DISMISSAL OF DEFENDANT W.W. HENRY
COMPANY – 1
2:23-cv-00804-JHC

1  //

2   DATED this 21st day of March, 2024.

3

| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| */s Meredith Good* <br> Meredith Good, WSBA No. 39890 <br> Deirdre McDonnell, pro hac vice <br> Katryn Newton, pro hac vice <br> 1200 Fifth Avenue, Suite 1400 <br> Seattle, WA 98101 <br><br> WATeam@MRHFMLaw.com <br><br> Attorneys for Plaintiffs | */s Carinne E. Bannan* <br> Dirk J. Muse, WSBA No. 28911 <br> Carinne E. Bannan, WSBA No. 52564 <br> 520 Pike Street, Suite 2350 <br> Seattle, WA 98101 <br> (206) 709-5899 (direct) <br> (206) 709-5900 (main) <br> (206) 709-5901 (fax) <br> Dirk.muse@wilsonelser.com <br> Carinne.bannan@wilsonelser.com <br><br> Attorneys for Defendant W.W. Henry Company |

STIPULATED DISMISSAL OF DEFENDANT W.W. HENRY
COMPANY – 2
2:23-cv-00804-JHC

**ORDER**

It is so ordered.

DATED this 21st day of March, 2024.

_____
John. H. Chun
United States District Judge