UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al.,<br><br>Defendants. | NO.  2:23-cv-00804-JHC<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL |

Before the Court is Defendant IMO Industries Inc.'s counsel's Motion for Leave to Withdraw Appearance and Substitution of Counsel filed by Gordon Thomas Honeywell, LLP. Dkt. # 357.  Citing LCR 83.2(b)(1), counsel seeks an order permitting Michael Ricketts and Ryan Espegard to withdraw as counsel of record for IMO Industries Inc. and permitting Annalie Faddis of Gillaspy Rhode Faddis & Benn LLC, who recently filed a Notice of Appearance, to continue as counsel for IMO Industries LLC.  The motion is noted for tomorrow, but the Court sees no reason to wait to rule on it.  The Court GRANTS the motion.

The Court DIRECTS the Clerk to terminate Michael Ricketts and Ryan Espegard of Gordon Thomas Honeywell LLP as co-counsel for IMO Industries Inc. and to allow Annalie

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW
AND SUBSTITUTION OF ATTORNEYS - 1
(2:23-cv-00804)

Faddis of Gillaspy Rhode Faddis & Benn LLC, to substitute as counsel for IMO Industries Inc. The Clerk's Office is directed to list counsel's information as follows:

> Annalie Faddis, WSBA No. 30064
> Gillaspy Rhode Faddis & Benn LLC
> 4380 S. MacAdam Avenue, Suite 590
> Portland, Oregon 97239
> afaddis@gillaspyrhode.com
> pslack@gillaspyrhode.com

DATED this 23rd Day of April, 2024.

_____
John H. Chun
United States District Judge