UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:23-cv-00804-JHC<br><br>STIPULATED MOTION TO DISMISS & ORDER |

## I.    STIPULATION

Plaintiff Norita C. Sorenson, as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant Scott Laboratories, Inc., by and through their counsel of record, stipulate that all claims against Scott Laboratories, Inc. only may be dismissed without prejudice with each party bearing their costs and attorney fees, reserving to Plaintiffs their claims against all other parties.

///

///

///

DATED this 6th day of June 2024.

SINARS SLOWIKOWSKI TOMASKA LLC

s/ Melissa K. Roeder
Melissa K. Roeder, WSBA #30836
Email: asbestossea@sinarslaw.com
Attorney for Defendant Scott Laboratories, Inc.

DATED this 6th day of June 2024.

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

s/ Meredith Good
Meredith Good, WSBA #39890
John Steffan IV, WSBA #60564
Katryn Newton, WSBA #61058
Attorneys for Plaintiffs
Emails: pnwservice@mrhfmlaw.com
mgood@mrhfmlaw.com
jsteffan@mrhfmlaw.com
knewton@mrhfmlaw.com

## II. ORDER

THIS MATTER having come before the Court by way of stipulation by the Plaintiff Norita C. Sorenson, as General Personal Representative of the Estate of Reid S. Sorenson and Defendant Scott Laboratories, Inc. to dismiss all claims against Scott Laboratories only without prejudice with each party bearing their costs and attorney fees, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All claims against Defendant Scott Laboratories only are hereby dismissed without prejudice with each party bearing their costs and attorney fees, reserving to Plaintiff their claims against the other parties. The Court STRIKES Defendant Scott Laboratories' motion for summary judgment at Dkt. # 365.

DATED this 6th day of June, 2024.

_____
John H. Chun
United States District Judge