UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00804-JHC<br><br>ORDER GRANTING DEFENDANT BWDAC, INC.'S MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE |

　　　　THIS MATTER comes before the Court on Defendant BWDAC, Inc.'s Motion to Extend Expert Disclosure Deadline, Dkt. # 373, which is unopposed.  The Court GRANTS the motion.  The expert disclosure deadline in the above-entitled cause is hereby continued from June 25, 2024, to July 9, 2024.  The remaining deadlines in the case schedule remain unchanged.

　　　　DATED this 14th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT BWDAC, INC.'S MOTION
TO EXTEND EXPERT DISCLOSURE DEADLINE - 1
Case No. 2:23-cv-00804-JHC