UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORITA C. SORENSON, as General Personal Representative of the Estate of REID S. SORENSON,

    Plaintiff,

v.

AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., *et al.*,

    Defendants.

No.: 2:23-cv-00804-JHC

STIPULATED MOTION TO DISMISS & ORDER

## I. STIPULATION

Plaintiff Norita C. Sorenson, as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant International Paper Company, by and through their counsel of record, stipulate that all of Plaintiff's claims against International Paper Company only may be dismissed without prejudice, with each party bearing their costs and attorney fees, reserving to Plaintiff their claims against all other parties.

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | DATED this 20th day of June, 2024. | DATED this 20th day of June, 2024. |
| 2 | BULLIVANT HOUSER BAILEY PC | MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC |

/s/ Evelyn E. Winters
E. Pennock Gheen, WSBA #14969
E-mail: penn.gheen@bullivant.com
Evelyn E. Winters, WSBA #44936
E-mail: evelyn.winters@bullivant.com

**Attorneys for Defendant International Paper Company**

/s/ Meredith B. Good
Meredith B. Good, WSBA #39890
John Steffan IV, WSBA #60564
Katryn Newton, WSBA #61058
Daniel Casey Dineen, WSBA #57317
E-mails:   mgood@mrhfmlaw.com
           jsteffan@mrhfmlaw.com
           knewton@mrhfmlaw.com
           cdineen@mrhfmlaw.com
           pnwservice@mrhfmlaw.com
           wateam@mrhfmlaw.com

**Attorneys for Plaintiff**

## II. ORDER

THIS MATTER having come before the Court by way of stipulation by the Plaintiff Norita C. Sorenson, as General Personal Representative of the Estate of Reid S. Sorenson and Defendant International Paper Company to dismiss all claims against International Paper Company only without prejudice with each party bearing their own costs and attorney fees, the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All claims against Defendant International Paper Company only are hereby dismissed without prejudice with each party bearing their costs and attorney fees, reserving to Plaintiff their claims against the other parties.

DATED this 20th day of June, 2024.

_John H. Chun_
John H. Chun
United States District Judge