UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>AIR LIQUID SYSTEMS, CORPORATION, successor-by-merger to Buffalo Pumps, Inc, et al.<br><br>　　　　　　　　　　Defendant | NO. 2:23-cv-804-JHC<br><br>STIPULATION ORDER OF DISMISSAL AS TO FOSS MARITIME COMPANY ONLY |

## **STIPULATION**

Plaintiff Norita C. Sorenson ("Plaintiff") and Defendant Foss Maritime Company LLC ("Defendant"), by and through their undersigned counsel of record, hereby stipulate that all claims by and between Plaintiff and Defendant in this action have been resolved and shall be dismissed with prejudice and without award of costs or fees to either party pursuant to Rule 41(a)(1)(A)(ii)

STIPULATION AND ORDER OF
DISMISSAL AS TO FOSS MARITIME
COMPANY, LLC ONLY - 1
NO.: 2:24-CV-00804-JHC

of the Federal Rules of Civil Procedure, and these parties request that the Court enter the Order as indicated below consistent with this stipulation.

Dated this 20th day of June, 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC<br><br>BY:   */s/ Meredith Good*<br>Meredith B. Good, WSBA # 39890<br>Daniel Casey Dineen, WSBA # 57317<br>John Louis Steffan IV, WSBA # 60564<br>80 SE Madison Street, Suite 310<br>Portland, Oregon 97214<br>(314) 241-2003 Telephone<br>(314) 241-4838 Facsimile<br>pnwservice@mrhfmlaw.com<br>*Attorneys for Plaintiff* | LISKOW & LEWIS<br><br>BY:   */s/ Raymond T. Waid*<br>Raymond T. Waid, WSBA # 53671<br>Elizabeth A. Strunk, WSBA #57894<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>(504) 556-4042 Telephone<br>(504) 556-4108  Facsimile<br>rwaid@liskow.com<br>eastrunk@liskow.com<br>*Attorneys for Foss Maritime Company, LLC* |

## **ORDER**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant Foss Maritime Company, LLC to dismiss this action, including any and all claims, by and among the parties hereto with prejudice and without costs and/or attorney fees to any party, and the Court being fully advised, it is hereby ORDERED as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims by and between Plaintiff and Defendant Foss Maritime Company, LLC in the above-entitled action are dismissed with prejudice and without award of costs or attorney fees to either of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

STIPULATION AND ORDER OF
DISMISSAL AS TO FOSS MARITIME
COMPANY, LLC ONLY - 2
NO.: 2:24-CV-00804-JHC

1 | Dated this 20th day of June, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL AS TO FOSS MARITIME
COMPANY, LLC ONLY - 3
NO.: 2:24-CV-00804-JHC