UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>Defendants. | Cause No. 2:23-cv-804-JHC<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DUE DATE TO PLAINTIFF'S RESPONSE TO DEFENDANT HOPEMAN BROTHERS INC.'S MOTION FOR SUMMARY JUDGMENT, DKT. 363<br><br>NOTE ON MOTION CALENDAR: JUNE 24, 2024 |

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Extend Due Date To Plaintiff's Response To Defendant Hopeman Brothers, Inc.'s Motion For Summary Judgment. Dkt. # 382. The Court GRANTS the motion. Plaintiff's response deadline is EXTENDED to June 28, 2024. The Court DIRECTS the Clerk to re-note Hopeman Brothers, Inc.'s Motion for Summary Judgment, Dkt. 363, for July 5, 2024.

DATED: June 24, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE