UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>Defendants. | Cause No. 2:23-cv-804-JHC<br><br>STIPULATED MOTION TO DISMISS DEFENDANT INDUSTRIAL SERVICE SOLUTIONS, LLC ONLY & ORDER<br><br>NOTE ON MOTION CALENDAR: WEDNESDAY, JUNE 26, 2024. |

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed without prejudice as to defendant Industrial Service Solutions, LLC, incorrectly named as successor-in-interest to Bay Valve Service & Engineering, LLC, only, and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATE: June 24, 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | LANE POWELL, PC |
| *s/ Meredith Good* <br> Meredith Good, WSBA No. 39890 <br> John Steffan IV, WSBA No. 60564 <br> Katryn Newton, WSBA No. 61058 <br> Daniel Casey Dineen, WSBA No. 57317 <br> 80 SE Madison Street, Suite 310 <br> Portland, OR 97214 <br> Phone:  (314) 241-2003 <br> Facsimile:  (314) 241-4838 <br> Email:  pnwservice@mrhfmlaw.com <br> mgood@mrhfmlaw.com <br> jsteffan@mrhfmlaw.com <br> knewton@mrhfmlaw.com <br> Counsel for Plaintiff | *s/ Diane C. Babbitt* <br> Jeffrey M. Odom, WSBA No. 36168 <br> Diane C. Babbitt, WSBA No. 17956 <br> Cassandra Ekure, WASBA No. 52433 <br> 1420 Fifth Avenue, Suite 4200 <br> P.O. Box 91302 <br> Seattle, Washington 98111-9402 <br> Telephone:  206.223.7000 <br> odomj@lanepowell.com <br> babbittd@lanepowell.com <br> ekurec@lanepowell.com <br> asbestos@lanepowell.com <br> Attorneys for Defendant Industrial Service Solutions |

**ORDER**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Industrial Service Solutions, LLC, incorrectly named as successor-in-interest to Bay Valve Service & Engineering, LLC, incorrectly named as successor-in-interest to Bay Valve Service & Engineering, LLC, only in the above-entitled cause without prejudice and without costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Defendant Industrial Service Solutions, LLC only without prejudice and without costs and/or attorney fees to any party.  The Court DIRECTS the Clerk to strike Industrial Service Solutions, LLC's motion for summary judgment at Dkt. # 361.

/
/
/

DATED this 24th day of June, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE