UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA SORENSEN, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-00804 JHC<br><br>**STIPULATED MOTION TO DISMISS DEFENDANT SEATTLE BOILER WORKS ONLY & ORDER**<br><br>NOTE ON MOTION CALENDAR: MONDAY, JULY 1, 2024 |

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed without prejudice as to defendant Seattle Boiler Works only, and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 1st day of July 2024.

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

*/s/Meredith Good*
Meredith Good, WSBA No. 39890
John Steffan IV, WSBA No. 60564
Katryn Newton, WSBA No. 61058
Daniel Casey Dineen, WSBA No. 57317

RIZZO BOSWORTH ERAUT PC

*/s/Claude Bosworth*
Claude Bosworth, WSBA No. 42568
1300 SW Sixth Ave., Suite 330
Portland, OR 97201

1 – STIPULATED MOTION TO DISMISS DEFENDANT SEATTLE BOILER WORKS ONLY & ORDER

| | | |
|---|---|---|
| 1 | 80 SE Madison Street, Suite 310<br>Portland, OR 97214 | Phone: (503) 229-1819<br>Facsimile: (503) 229-0630 |
| 2 | Phone: (314) 241-2003<br>Facsimile: (314) 241-4838 | Email: cbosworth@rizzopc.com<br>*Counsel for Seattle Boiler Works* |
| 3 | Email: pnwservice@mrhfmlaw.com<br>mgood@mrhfmlaw.com | |
| 4 | jsteffan@mrhfmlaw.com<br>knewton@mrhfmlaw.com | |
| 5 | *Counsel for Plaintiff* | |

## **ORDER**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Seattle Boiler Works only in the above-entitled cause without prejudice and without costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Defendant Seattle Boiler Works only without prejudice and without costs and/or attorney fees to any party.

DATED this 1st day of July, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

2 – STIPULATED MOTION TO DISMISS DEFENDANT SEATTLE BOILER WORKS ONLY & ORDER