UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA SORENSON, as General Personal Representative of the Estate of REID S. SORENSEN,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-00804-JHC<br><br>**ORDER GRANTING DEFENDANT PARAMOUNT SUPPLY CO.'S AND DEFENDANT LONE STAR INDUSTRIES, INC.'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DR. ROGGLI'S REPORT** |

THIS MATTER comes before the Court on Defendant Paramount Supply Co.'s and Defendant Lone Star Industries, Inc.'s Unopposed Motion to Extend the Deadline for Dr. Roggli's Report, Dkt. # 400.  The Court GRANTS the motion.  The deadline for the disclosure of expert testimony under Federal Rule of Civil Procedure 26(a) with respect to Defendant's expert, Dr. Victor Roggli, M.D., is hereby continued to September 9, 2024.  It is further ordered that Plaintiff may submit a supplemental expert report in response to Dr. Roggli's report and Plaintiff may depose Dr. Roggli after the deadline to complete discovery.  The remaining deadlines in the case schedule remain unchanged.

/

/

1

2   Dated this 8th day of July, 2024.

3

4                                    _____
                                     John H. Chun
5                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2 - ORDER GRANTING DEFENDANT PARAMOUNT SUPPLY CO.'S AND
DEFENDANT LONE STAR INDUSTRIES, INC.'S UNOPPOSED MOTION
TO EXTEND THE DEADLINE FOR DR. ROGGLI'S REPORT