UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:23-cv-00804-JHC<br><br>AMENDED STIPULATED MOTION TO DISMISS & ORDER<br><br>NOTED FOR HEARING:<br>JULY 9. 2024 |

## I. STIPULATION

On June 6th, 2024 this Court signed an order of **dismissal WITHOUT prejudice** on behalf of Plaintiff and Scott Laboratories. However, due to a scriber's error, the dismissal was intended to be a **dismissal WITH produce.** The parties have met, conferred and jointly amended Plaintiff's dismissal against Scott Laboratories, Inc. only for the Court's approval.

Based upon the above representation, Plaintiff Norita C. Sorenson, as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant Scott Laboratories, Inc., by and through their counsel of record, stipulate that all claims against Scott Laboratories, Inc. only may be **dismissed WITH prejudice** with each party bearing their costs and attorney

1  fees, reserving to Plaintiffs their claims against all other parties.

4  DATED this 9th day of July 2024.         DATED this 9th day of July 2024.

5  SINARS SLOWIKOWSKI TOMASKA LLC        MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

7  *s/ Melissa K. Roeder*                 *s/ Meredith Good*
Melissa K. Roeder, WSBA #30836            Meredith Good, WSBA #39890
Email: asbestossea@sinarslaw.com          John Steffan IV, WSBA #60564
Attorney for Defendant Scott Laboratories, Inc.   Katryn Newton, WSBA #61058
                                          Attorneys for Plaintiffs
                                          Emails: pnwservice@mrhfmlaw.com
                                                  mgood@mrhfmlaw.com
                                                  jsteffan@mrhfmlaw.com
                                                  knewton@mrhfmlaw.com

## II. ORDER

THIS MATTER having come before the Court by way of stipulation by the Plaintiff Norita C. Sorenson, as General Personal Representative of the Estate of Reid S. Sorenson and Defendant Scott Laboratories, Inc. to dismiss all claims against Scott Laboratories, Inc. only **WITH prejudice** with each party bearing their costs and attorney fees, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All claims against Defendant Scott Laboratories, Inc. are hereby dismissed **WITH prejudice** with each party bearing their costs and attorney fees, reserving to Plaintiff their claims against the other parties.

DONE this 9th day of July, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE