UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA SORENSON, as General Personal Representative of the Estate of REID S. SORENSEN,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-00804-JHC<br><br>**ORDER** |

THIS MATTER comes before the Court on Defendant O'Reilly Automotive Stores, Inc.'s Unopposed Motion to Extend the Deadline for its expert disclosures. Dkt. #408. The Court GRANTS the motion. The deadline for the disclosure of expert testimony under Federal Rule of Civil Procedure 26(a) with respect to this Defendant's experts is hereby continued to July 23, 2024. It is further ordered that Plaintiff may submit a supplemental expert report in response to any expert's report and Plaintiff may depose any and all experts after the deadline to complete discovery. The remaining deadlines in the case schedule remain unchanged.

1 – ORDER

1   Dated this 9th day of July, 2024.

*[signature: John H. Chun]*

John H. Chun
United States District Judge