1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

NORITA C. SORENSON as General
Personal Representative of the Estate of
REID S. SORENSON,

11

Plaintiff,

12

v.

13

AIR & LIQUID SYSTEMS
CORPORATION, successor-by-merger to
Buffalo Pumps, Inc., et al,

14

Defendants.

15

No. 2:23-cv-00804-JHC

STIPULATION FOR DISMISSAL OF
DEFENDANT HONEYWELL
INTERNATIONAL, INC. FKA
HONEYWELL, INC. ONLY & ORDER

DATE ON MOTION CALENDAR: JULY
17, 2024

16

**STIPULATION**

17

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties,

18

through their respective counsel of record, that all claims asserted by Plaintiffs against

19

Defendant Honeywell International, Inc., as it relates to Honeywell Inc., incorrectly named as

20

Honeywell International, Inc. f/k/a, Honeywell Inc. shall be dismissed without prejudice and

21

without fees or cost to any party.  This stipulated dismissal does not affect Plaintiffs' claims

22

against any other defendant.

23
24

STIPULATION FOR DISMISSAL OF DEFENDANT HONEYWELL
INTERNATIONAL, INC. FKA HONEYWELL, INC. ONLY &
ORDER – 1
2:23-cv-00804-JHC

DATED this 17th day of July, 2024.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s Carinne E. Bannan*
Dirk J. Muse, WSBA #28911
Carinne E. Bannan, WSBA #52564
520 Pike St., Suite 2350
Seattle, WA 98101
(206) 709-5899 (direct)
(206) 709-5900 (main)
(206) 709-5901 (fax)
Dirk.muse@wilsonelser.com
Carinne.bannan@wilsonelser.com

*Attorneys for Defendant Honeywell International Inc. fka Honeywell Inc.*

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

*/s Meredith Good*
Meredith Good, WSBA No. 39890
John Steffan IV, WSBA No. 60564
Katryn Newton, WSBA No. 61058
80 SE Madison Street, Suite 310
Portland, OR 97214
P: 314-241-2003
pnwservice@mrhfmlaw.com
mgood@mrhfmlaw.com
jsteffan@mrhfmlaw.com
knewton@mrhfmlaw.com

*Attorneys for Plaintiffs*

STIPULATION FOR DISMISSAL OF DEFENDANT HONEYWELL
INTERNATIONAL, INC. FKA HONEYWELL, INC. ONLY &
ORDER – 2
2:23-cv-00804-JHC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Honeywell International, Inc. f/k/a, Honeywell Inc. are hereby dismissed without prejudice and without costs to any party, reserving to Plaintiffs their claims against all other parties.

Dated: July 17, 2024.

_____
John H. Chun
United States District Court Judge

STIPULATION FOR DISMISSAL OF DEFENDANT HONEYWELL
INTERNATIONAL, INC. FKA HONEYWELL, INC. ONLY &
ORDER – 3
2:23-cv-00804-JHC