UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>　　　　　　　Defendants. | Cause No. 2:23-cv-804-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT AMERICAN PRESIDENT LINES LLC |

This matter comes before the Court on Plaintiff's Motion to Compel Discovery Responses From Defendant American President Lines LLC. Dkt. # 384. The Court has considered the materials submitted in support of and in opposition to the motion, the balance of the case file, and the governing law. Being fully advised, the Court GRANTS the motion. American President Lines must provide answers and materials in response to the interrogatories and requests for production at issue by August 2, 2024.

/

/

/

ORDER GRANTING PL.'S MOT. TO COMPEL DISC. RESPS. FROM
DEF. AMERICAN PRESIDENT LINES, LLC- 1
2:23-CV-804-JHC

1    Dated this 18th day of July, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE