# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORITA SORENSEN, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-00804 JHC<br><br>**STIPULATED MOTION TO DISMISS DEFENDANT O'REILLY AUTOMOTIVE STORE, LLC FKA CSK AUTO, INC. ONLY & ORDER**<br><br>NOTE ON MOTION CALENDAR: MONDAY, JULY 23, 2024 |

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed without prejudice as to defendant O'Reilly Automotive Store, LLC fka CSK Auto, Inc. only, and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 23rd day of July 2024.

| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | RIZZO BOSWORTH ERAUT PC |
|---|---|
| */s/Meredith Good*<br>Meredith Good, WSBA No. 39890<br>John Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA No. 57317<br>80 SE Madison Street, Suite 310<br>Portland, OR 97214<br>Phone: (314) 241-2003<br>Facsimile: (314) 241-4838 | */s/Claude Bosworth*<br>Claude Bosworth, WSBA No. 42568<br>1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201<br>Phone: (503) 229-1819<br>Facsimile: (503) 229-0630<br>Email: cbosworth@rizzopc.com |

1 – STIPULATED MOTION TO DISMISS DEFENDANT O'REILLY AUTOMOTIVE STORE, LLC FKA CSK AUTO, INC. ONLY & ORDER

| | | |
|---|---|---|
| 1 | Email: pnwservice@mrhfmlaw.com<br>mgood@mrhfmlaw.com<br>jsteffan@mrhfmlaw.com<br>knewton@mrhfmlaw.com<br>*Counsel for Plaintiff* | *Counsel for O'Reilly Automotive Store, LLC fka CSK Auto, Inc.* |

## **ORDER**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant O'Reilly Automotive Store, LLC fka CSK Auto, Inc. only in the above-entitled cause without prejudice and without costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Defendant O'Reilly Automotive Store, LLC fka CSK Auto, Inc. only without prejudice and without costs and/or attorney fees to any party.

DATED this 23rd day of July, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE