UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>Defendants. | Cause No. 2:23-cv-804-JHC<br><br>STIPULATED MOTION AND ORDER TO EXTEND DUE DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S MOTION FOR SUMMARY JUDGMENT DKT. 414<br><br>NOTE ON MOTION CALENDAR:<br>August 16, 2024 |

THIS MATTER, having come before the Court by way of Plaintiff's Stipulated Motion to Extend Due Date for Plaintiff's Response to Defendant Foster Wheeler Energy Corporation's Motion for Summary Judgement, DKT. 414, hereby stipulate and agree that the due date for Plaintiff's Response to Defendant Foster Wheeler Energy Corporation's Motion for Summary Judgment be extended to August 22, 2024, pursuant to Fed. R. Civ. P. 6(b)(1)(B), LCR 7(j).

DATED: August 6, 2024.

| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | TANENBAUM KEALE, LLP |
|---|---|
| /s/ *Meredith Good*<br>Meredith Good, WSBA No. 39890<br>John Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA No. 57317 | /s/ *Christopher S. Marks*<br>Christopher S. Marks, WSBA No. 28634<br>Malika Johnson, WSBA No. 39608<br>Dirk Bernhardt, WSBA No. 33071<br>Daniel A. Womac, WSBA No. 36394 |

| | |
|---|---|
| 101 SW Main Street, Suite 1820<br>Portland, OR 97204<br>Phone:  314-241-2003<br>Email: pnwservice@mrhfmlaw.com<br>         mgood@mrhfmlaw.com<br>         jsteffan@mrhfmlaw.com<br>         knewton@mrhfmlaw.com<br>         cdineen@mrhfmlaw.com<br><br>*Counsel for Plaintiff* | 701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>Phone:  206-889-5150<br>Email: cmarks@tktrial.com<br>         mjohnson@tktrial.com<br>         dbernhardt@tktrial.com<br>         dwomac@tktrial.com<br>         seattle.asbestos@tktrial.com<br><br>*Counsel for Defendant Foster Wheeler Energy Corporation* |

### ORDER

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an Order extending Plaintiff's due date to respond to Defendant Foster Wheeler Energy Corporation's Motion for Summary Judgment in the above-entitled cause, Dkt. # 433, and the Court being fully advised in the premises, NOW THEREFORE,

IT IS SO ORDERED, that Plaintiff's Due Date to Respond to Defendant Foster Wheeler Energy Corporation's Motion for Summary Judgment be extended to August 22, 2024.

Dated this 6th day of August, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE