UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION; et al.,<br><br>Defendants. | No. 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FOSTER WHEELER ENERGY CORPORATION, ONLY |

**STIPULATION**

Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant Foster Wheeler Energy Corporation ("Foster Wheeler Energy") hereby stipulate that all claims against Foster Wheeler only may be dismissed without prejudice and without costs and/or attorney fees as to either party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

///

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT
FOSTER WHEELER ENERGY CORPORATION,
ONLY - 1
Case No. 2:23-cv-00804-JHC

| | |
|---|---|
| 1 | DATED this 14th day of August 2024. | DATED this 14th day of August 2024. |

By: s/Meredith B. Good (*w/ permission*)
Meredith Boyden Good, WSBA #39890
MAUNE, RAICHLE, HARTLEY, FRENCH & MUDD LLC
101 SW Main Street, Suite 1820
Portland, OR 97204
Email:    PNWService@mrhfmlaw.com

Attorneys for Plaintiff

By: s/Christopher S. Marks
Christopher S. Marks, WSBA #28634
TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
Email: cmarks@tktrial.com
         seattle.asbestos@tktrial.com

Attorneys for Foster Wheeler Energy Corporation

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT
FOSTER WHEELER ENERGY CORPORATION,
ONLY - 2
Case No. 2:23-cv-00804-JHC

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant Foster Wheeler Energy Corporation ("Foster Wheeler") to dismiss all claims against Foster Wheeler without prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against Foster Wheeler only are hereby dismissed without prejudice and without costs or attorney fees as to any party. The Court STRIKES Foster Wheeler's motion for summary judgment at Dkt. # 414.

DATED this 14th day of August, 2024.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE