UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by merger to Buffalo Pumps, Inc., et al.,<br><br>Defendants. | Case No. 2:23-cv-00804 JHC<br><br>**ORDER GRANTING PLAINTIFF AND DEFENDANT LUK CLUTCH SYSTEMS, LLC'S STIPULATED MOTION TO EXTEND THE DEADLINE FOR LUK CLUTCH'S EXPERT DEPOSITION** |

## ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Extend the Deadline for LuK Clutch's Expert Deposition (the "Motion"). Dkt. # 435. The Court has reviewed the Motion and all related pleadings. Being fully advised, the Court ORDERS that the discovery deadline be extended to September 26, 2024, for purposes of the deposition of LuK Clutch's expert Frederick Boelter only.

IT IS SO ORDERED.

DATED this 16th day of August, 2024.

_____
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINE FOR EXPERT
DEPOSITION - 1
CASE NO. 2:23-cv-00804