UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>       Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>       Defendants. | Cause No. 2:23-cv-00804-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FLOWSERVE US INC. AS SUCCESSOR IN INTEREST TO DURAMETALLIC CORPORATION *ONLY*** <br><br>***CLERK'S ACTION REQUIRED*** |

IT IS HEREBY STIPULATED by and between Plaintiff and defendant Flowserve US Inc. as successor in interest to Durametallic Corporation ("Durametallic"), that Durametallic be dismissed, without prejudice, and without fees, costs or expenses to either party, reserving to Plaintiff all of Plaintiff's claims against all other parties. The parties also agree that this order may be presented to the Court for entry without further notice of presentation.

DATED: August 19, 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD<br><br> *s/ Meredith Good*<br>Meredith Good, WSBA # 39890<br>Attorneys for Plaintiff | SOHA & LANG, P.S.<br><br>*s/ Rachel A. Rubin*<br>Rachel A. Rubin, WSBA 48971<br>Attorneys for Defendant Flowserve US Inc., as successor in interest to Durametallic Corporation |

**ORDER**

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiff's claims against defendant Durametallic are hereby dismissed without prejudice and without costs to either party, reserving to Plaintiff her claims against all other parties.

DONE this 19th day of August, 2024.

_____
John H. Chun
United States District Judge