1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION successor-by-merger to Buffalo Pumps, Inc., et al.<br><br>Defendants. | Case No. 2:23-cv-00804-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT PFIZER INC.** |

## **STIPULATION**

Plaintiff Norita C. Sorenson ("Plaintiff") and Defendant Pfizer Inc., ("Pfizer") by and through their counsel of record, hereby stipulate that all claims against Pfizer only may be dismissed without prejudice and without costs or fees to either party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

STIPULATION AND ORDER OF DISMISAL OF
DEFENDANT PFIZER INC. - 1 -

Respectfully submitted this 19th day of August, 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | DLA PIPER LLP (US) |
| *s/ Meredith Good (with permission)* | *s/ Anthony Todaro* |
| Meredith Good, WSBA #39890 | Anthony Todaro, WSBA No. 30391 |
| John Steffan IV, WSBA #60564 | 701 Fifth Avenue, Suite 6900 |
| Katryn Newton, WSBA #61058 | Seattle, Washington 98104-7029 |
| 80 SE Madison Street, Ste 310 | Tel:   206.839.4800 |
| Portland, OR 97214 | E-mail: anthony.todaro@us.dlapiper.com |
| Tel:   (314) 241-2003 | |
| Fax: (314) 241-4838 | **SERVICE EMAIL:** |
| E-mail: pnwservice@mrhfmlaw.com | Seattle.Asbestos@us.dlapiper.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant Pfizer Inc.* |

STIPULATION AND ORDER OF DISMISAL OF
DEFENDANT PFIZER INC. - 2 -

# ORDER

This matter having come on upon the stipulation and agreement of the parties for an order dismissing Pfizer Inc., in the above-entitled case without prejudice and without cost to any party, and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that this case be dismissed as to Pfizer Inc., only without prejudice and without costs to any party.

DATED this 19th day of August, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE