UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA SORENSON, as General Personal Representative of the Estate of REID S. SORENSEN,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants | Case No. 2:23-cv-00804-JHC<br><br>**ORDER GRANTING DEFENDANT WARREN PUMPS, LLC'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR SAMUEL FORMAN, M.D.'S DEPOSITION** |

THIS MATTER comes before the Court on Defendant Warren Pumps, LLC's Unopposed Motion to Extend the Deadline for Samuel Forman, M.D.'s Deposition. Dkt. #450. The Court GRANTS the motion. The deposition of Dr. Forman shall take place on September 5, 2024.

It is further ordered that Plaintiff may submit a supplemental expert report in response to Dr. Forman's report and Plaintiff may depose Dr. Forman after the deadline to complete discovery. The remaining deadlines in the case schedule remain unchanged.

/

/

1 – ORDER GRANTING DEFENDANT WARREN PUMPS, LLC'S
UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR SAMUEL
FORMAN, M.D.'S DEPOSITION

Dated this 19th day of August, 2024.

_____
John H. Chun
United States District Judge

2 – ORDER GRANTING DEFENDANT WARREN PUMPS, LLC'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR SAMUEL FORMAN, M.D.'S DEPOSITION