UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br>　　　　　　　　　　　　Defendants. | Cause No. 2:23-cv-00804 JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT MUELLER CO. LLC, ONLY, WITHOUT PREJUDICE AND WITHOUT COSTS**<br><br>*CLERK'S ACTION REQUIRED* |

STIPULATION

Plaintiff and Defendant, MUELLER CO. LLC, hereby stipulate that all claims against Defendant, MUELLER CO. LLC, only, may be dismissed without prejudice and without costs and/or attorneys' fees as to either party.

DATED this 20th day of August, 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | GARDNER TRABOLSI & ASSOCIATES PLLC / VON BRIESEN & ROPER, S.C. |
| By */s/ Meredith Good*<br>Meredith Good, WSBA #39890<br>Attorney for Plaintiff | By */s/ Ronald C. Gardner*<br>Ronald C. Gardner, WSBA #9270<br>John G. Goller, WA State Bar #28260<br>Attorney for Defendant Mueller Co. LLC |

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT MUELLER CO. LLC, ONLY, WITHOUT PREJUDICE AND WITHOUT COSTS - 1**

ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiff's action against Defendant, MUELLER CO. LLC, only, is hereby dismissed without prejudice, no costs to be awarded.

DATED this 20th day of August, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE