1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

8

| | |
|---|---|
| NORITA SORENSEN, as General Personal Representative of the Estate of REID S. SORENSON, | Case No. 2:23-cv-00804 JHC |
| Plaintiff, | STIPULATED MOTION TO DISMISS DEFENDANT PARAMOUNT SUPPLY CO. ONLY & ORDER |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

9

10

11

12

13

14    Plaintiff and Defendant Paramount Supply Co. hereby stipulate and agree that the above-

15    entitled action may be dismissed without prejudice as to defendant Paramount Supply Co. only,

16    and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal

17    Rules of Civil Procedure.

18    Dated this 21st of August, 2024.

19

20

21    MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

RIZZO BOSWORTH ERAUT PC

22    */s/Meredith Good*
Meredith Good, WSBA No. 39890
John Steffan IV, WSBA No. 60564
Katryn Newton, WSBA No. 61058
Daniel Casey Dineen, WSBA No. 57317
80 SE Madison Street, Suite 310
Portland, OR 97214
Phone: (314) 241-2003
pnwservice@mrhfmlaw.com
mgood@mrhfmlaw.com

*/s/ Shaun Morgan*
Shaun Morgan, WSBA No. 47203
1300 SW Sixth Ave., Suite 330
Portland, OR 97201
Phone: (503) 229-1819
Email: smorgan@rizzopc.com
*Counsel for Paramount Supply Co.*

23

24

25

26

jsteffan@mrhfmlaw.com
knewton@mrhfmlaw.com
*Counsel for Plaintiff*

## <u>ORDER</u>

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, upon stipulation made and entered into between Plaintiff and Defendant Paramount Supply Co., through their respective and duly authorized attorneys, the Court having been fully advised in the premises and finding no just reason for delay, it is now, therefore,

ADJUDGED, ORDERED AND DECREED, that this action is DISMISSED without prejudice as to Defendant Paramount Supply Co. only, and without costs to any party.

DATED this 21st day of August, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE