UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>        Plaintiff,<br><br>   v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., *et al.*,<br><br>        Defendants. | NO.  2:23-cv-00804-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO-SIERRA, INC. ONLY |

THIS MATTER having come before the court by way of stipulation and agreement of the parties for an order dismissing Defendant Parker-Hannifin Corporation, Individually and as Successor-in-Interest to Sacomo-Sierra, Inc., only, Dkt. # 461, in the above-entitled cause without prejudice and without costs to any party, and the court being fully advised in the premises, now therefore IT IS ORDERED as follows:

All of Plaintiffs' claims against Defendant Parker-Hannifin Corporation, Individually and as Successor-in-Interest to Sacomo-Sierra, Inc. ONLY are hereby dismissed without prejudice and without costs or attorney fees as to any party.

/

/

DATED:  this 21st day of August, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE