UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | NO. 2:23-cv-00804-JHC<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT STANDARD MOTOR PRODUCTS, INC. AND ORDER |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record, that Plaintiff's claims against Defendant Standard Motor Products, Inc. be dismissed without prejudice and without costs to either party, reserving to Plaintiff all Plaintiff's right of action, claims, and demands against any and all other parties.

STIPULATION FOR DISMISSAL
OF DEFENDANT STANDARD
MOTOR PRODUCTS, INC. AND
ORDER
- 1 2:23-CV-00804-JHC

Presented on August 21, 2024 by:

GORDON REES SCULLY MANSUKHANI LLP

<u>s/ J. Scott Wood</u>
J. Scott Wood WSBA No.: 37748
Zackary Paal, WSBA No. 45077
Virginia Leeper WSBA No.: 10576
*Attorneys for Defendant Standard Motor Products Inc.*
Seaasbestos@grsm.com

Approved as to Form; Notice of Presentation Waived:
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

<u>s/ Meredith Good</u>
Meredith Good, WSBA No.: 39890
Daniel Casey Dineen, WSBA No.: 57317
John Steffan IV, WSBA No.: 60564
*Attorneys for Plaintiff*
pnwservice@mrhfmlaw.com

STIPULATION FOR DISMISSAL OF DEFENDANT STANDARD MOTOR PRODUCTS, INC. AND ORDER
- 2 2:23-CV-00804-JHC

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Standard Motor Products, Inc. are hereby dismissed without prejudice and without costs to any party, reserving to Plaintiff their claims against all other parties.

Dated: August 21, 2024.

_____
John H. Chun
United States District Judge