# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORITA SORENSEN, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-00804 JHC<br><br>STIPULATED MOTION TO DISMISS DEFENDANT SB DECKING, INC., ONLY & ORDER |

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed without prejudice as to defendant SB Decking, Inc. only, and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 22nd day of August, 2024.

| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | RIZZO BOSWORTH ERAUT PC |
|---|---|
| */s/Meredith Good*<br>Meredith Good, WSBA No. 39890<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA No. 57317<br>80 SE Madison Street, Suite 310 | */s/Allen Eraut*<br>Allen Eraut, WSBA No. 30940<br>1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201 |

1 – STIPULATED MOTION TO DISMISS DEFENDANT SB DECKING, INC., ONLY & ORDER

| | |
|---|---|
| Portland, OR 97214<br>Phone: (314) 241-2003<br>Facsimile: (314) 241-4838<br>pnwservice@mrhfmlaw.com<br>mgood@mrhfmlaw.com<br>knewton@mrhfmlaw.com<br>*Attorneys for Plaintiff* | Phone: (503) 229-1819<br>Facsimile: (503) 229-0630<br>aeraut@rizzopc.com<br>asbestos@rizzopc.com<br>*Attorneys for SB Decking, Inc.* |

## ORDER

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant SB Decking, Inc. only in the above-entitled cause without prejudice and without costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Defendant SB Decking, Inc. only, without prejudice and without costs and/or attorney fees to any party.

DATED this 22nd day of August, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE