UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, Successor-By-Merger To Buffalo Pumps, Inc., et al.,<br><br>Defendants. | Case No. 2:23-CV-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT VIKING PUMP, INC. |

1   IT IS HEREBY STIPULATED by and between Plaintiff Norita C.
2   Sorenson ("Plaintiff") and Defendant VIKING PUMP, INC. ("Viking Pump") by
3   and through their counsel of record, hereby stipulate that all claims against Viking
4   Pump only may be dismissed without prejudice and without costs or fees to either
5   party in the above-captioned matter, reserving to Plaintiff's claims against the
6   other parties.  The parties also agree that this Order may be presented to the Court
7   for entry without further notice of presentation.
8   Respectfully submitted this 23rd day of August, 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | GOLDBERG SEGALLA LLP |
| *s/ Meredith Good (with permission)* <br> Meredith Good, WSBA #39890 <br> John Steffan IV, WSBA #60564 <br> Katryn Newton, WSBA #61058 <br> 80 SE Madison Street, Suite 310 <br> Portland, OR 97214 <br> T: (314) 241—2003 <br> F: (314) 241-4838 <br> E: pnwservice@mrhfmlaw.com <br> *Attorneys for Plaintiff* | *s/ Todd M. Thacker* <br> GOLDBERG SEGALLA LLP <br> 701 5th Ave, 42 Floor <br> Washington, CA 98104 <br> E: WAGS@goldbergsegalla.com <br> E:  tthacker@goldbergsegalla.com <br> *Attorneys for Viking Pump, Inc.* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ORDER**

This matter having come before the Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all Plaintiff's claims against defendant Viking Pump, Inc. are hereby dismissed without prejudice and without costs to either party, reserving to Plaintiff her claims against all other parties.

DATED this 23rd day of August, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE