UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., *et al.*,<br><br>                    Defendants. | NO.  2:23-cv-00804-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT VALVES AND CONTROLS US, INC. F/K/A WEIR VALVES & CONTROLS USA, INC. F/K/A ATWOOD & MORRILL CO., INC. ONLY |

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Valves and Controls US, Inc. f/k/a Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill Co., Inc. only, Dkt. # 473, in the above-entitled cause without prejudice and without costs to any party, and the Court being fully advised in the premises, now therefore IT IS ORDERED as follows:

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
VALVES AND CONTROLS US, INC. F/K/A WEIR VALVES &
CONTROLS USA, INC. F/K/A ATWOOD & MORRILL CO., INC. ONLY - 1
(Case No. 2:23-cv-00804-JHC)

1 | All of Plaintiffs' claims against Defendant Valves and Controls US, Inc. f/k/a Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill Co., Inc. ONLY are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED: this 28th day of August, 2024.

*[signature]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE