UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>        Plaintiff,<br><br>   v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., *et al.*,<br><br>        Defendants. | NO. 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RILEY POWER, INC., ONLY |

## **STIPULATION**

Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant Riley Power, Inc. ("Riley Power, Inc.") hereby stipulate that all claims against Riley Power, Inc. only may be dismissed without prejudice and without costs and/or attorney fees as to either party in the above-captioned matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, reserving to Plaintiff her claims against the other parties.

STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT RILEY POWER, INC., ONLY - 1
(Case No. 2:23-cv-00804-JHC)

| | |
|---|---|
| DATED this 30th day of August, 2024. | DATED this 30th day of August, 2024. |
| *s/Tyler Hermsen* | *s/Meredith Good, via email approval 8/28/24* |
| David A. Shaw, WSBA #08788<br>Tyler Hermsen, WSBA #43665<br>Attorneys for Riley Power Inc.<br>WILLIAMS KASTNER & GIBBS PLLS<br>601 Union Street, Suite 4100<br>Seattle, WA  98101-2380<br>Telephone:  (206) 628-6600<br>Fax:  (206) 628-6611<br>Email: dshaw@williamskastner.com;<br>thermsen@williamskastner.com<br>E-Service:<br>wkgasbestos@williamskastner.com;<br><br>**Attorneys for Riley Power Inc.** | Meredith Good, WSBA #39890<br>MAUNE RAICHLE HARTLEY<br>FRENCH & MUDD, LLC<br>101 SW Main Street, Suite 1820<br>Portland, OR 97204<br>Email: PNWService@mrhfmlaw.com<br><br>**Attorneys for Plaintiff** |

STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT RILEY POWER, INC., ONLY - 2
(Case No. 2:23-cv-00804-JHC)

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant Riley Power, Inc. ("Riley Power, Inc.") to dismiss all claims against Riley Power, Inc. without prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that this cause be dismissed as to Defendant Riley Power, Inc. only, without prejudice and without costs and/or attorney fees to any party.

DATED this 30th day of August, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT RILEY POWER, INC., ONLY - 3
(Case No. 2:23-cv-00804-JHC)