IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc, et al.,<br><br>Defendants. | No. 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TKD, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JOHNSTON PUMPS ONLY |

## **STIPULATION**

Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant TKD, Inc., Individually and as successor-in-interest to Johnston Pumps ("TKD, Inc."), hereby stipulate that all claims against TKD, Inc. only, may be dismissed with prejudice and without costs and/or attorney fees as to either party in the above-captioned matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, reserving to Plaintiff her claims against the other parties.

/ /

/ /

/ /

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT TKD, INC., INDIVIDUALLY
AND AS SUCCESSOR-IN-INTEREST TO JOHNSTON PUMPS
ONLY- 1
USDC Western WA 2:23-cv-00804-JHC

1  DATED this 3rd day of September, 2024.         DATED this 3rd day of September, 2024.

2

3     *s/ James E. Horne*                                    *s/ Meredith Good*
   James E. Horne, WSBA #12166                   Meredith Good, WSBA #39890
4  LEWIS BRISBOIS BISGAARD &                     MAUNE RAICHLE HARTLEY
   SMITH LLP                                     FRENCH & MUDD, LLC
5  1111 Third Avenue, Suite 2700                 101 SW Main Street, Suite 1820
   Seattle WA 98101                              Portland, OR 97204
6  James.Horne@lewisbrisbois.com                 Email: PNWService@mrhfmlaw.com
   Service: SEA-Asbestos@lewisbrisbois.com       *Attorneys for Plaintiff*
7  Telephone: (206) 436-2020
8  Facsimile: (206) 436-2030
   *Attorney for Defendant TKD, Inc.,*
9  *Individually and as successor-in-interest to*
   *Johnston Pumps*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT TKD, INC., INDIVIDUALLY
AND AS SUCCESSOR-IN-INTEREST TO JOHNSTON PUMPS
ONLY- 2
USDC Western WA 2:23-cv-00804-JHC

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant TKD, Inc. ("TKD, Inc.") to dismiss all claims against TKD, Inc. with prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that this cause be dismissed as to Defendant TKD, Inc. only, with prejudice and without costs and/or attorney fees to any party.  The Court STRIKES TKD, Inc's motion for summary judgment at Dkt. # 440.

DATED this 3rd day of September, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE