UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>                                Plaintiff,<br><br>     v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successory-by merger to Buffalo Pumps, Inc., et al.,<br><br>                                Defendants. | Case No.  2:23-cv-00804 JHC<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT SUPERIOR BOILER WORKS, INC. |

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed without prejudice as to Superior Boiler Works, Inc. and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: September 4, 2024

| | |
|---|---|
| MAUNE RAICHLE HARTLEY<br>FRENCH & MUDD LLC | LANE POWELL PC |
| By *s/Meredith Good w/permission*<br>  Meredith Good, WSBA No. 39890<br>  Daniel Casey Dineen, WSBA No. 57317<br>  John Louis Steffan IV, WSBA No. 60564<br>  80 SE Madison Street, Suite 310<br>  Portland, OR 97214<br>  pnwservice@mrhfmlaw.com<br><br>*Attorneys for Plaintiff* | By *s/Jeffrey M. Odom*<br>  Jeffrey M. Odom, WSBA No. 36168<br>  Andrew G. Yates, WSBA No. 34239<br>  Cassandra Ekure, WASBA No. 52433<br>  1420 Fifth Avenue, Suite 4200<br>  P.O. Box 91302<br>  Seattle, Washington 98111-9402<br>  Telephone:  206.223.7000<br>  odomj@lanepowell.com<br>  yatesa@lanepowell.com<br>  ekurec@lanepowell.com<br>  asbestos@lanepowell.com<br><br>*Attorneys for Defendant Superior Boiler Works, Inc.* |

## **ORDER**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Superior Boiler Works, Inc. only in the above-entitled cause without prejudice and without costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Superior Boiler Works, Inc. only without prejudice and without costs and/or attorney fees to any party.

DATED this 4th day of September, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE