UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA SORENSEN, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00804 JHC<br><br>STIPULATED MOTION TO DISMISS DEFENDANT HOWDEN NORTH AMERICA INC. ONLY & ORDER |

　　　　Plaintiff and Defendant Howden North America Inc. hereby stipulate and agree that the above-entitled action may be dismissed without prejudice as to defendant Howden North America Inc. only, and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　　　Dated this 4th day of September, 2024

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br><br>　_s/Meredith Good_<br>Meredith Good, WSBA No. 39890<br>John Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA No. 57317<br>80 SE Madison Street, Suite 310<br>Portland, OR 97214<br>Phone: (314) 241-2003<br>pnwservice@mrhfmlaw.com<br>mgood@mrhfmlaw.com<br>jsteffan@mrhfmlaw.com<br>knewton@mrhfmlaw.com<br>_Counsel for Plaintiff_ | RIZZO BOSWORTH ERAUT PC<br><br>　_s/Allen Eraut_<br>Allen Eraut, WSBA No. 30940<br>1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201<br>Phone: (503) 229-1819<br>Email: aeraut@rizzopc.com<br>_Counsel for Howden North America Inc._ |

1 – STIPULATED MOTION TO DISMISS DEFENDANT HOWDEN NORTH AMERICA INC. ONLY & ORDER

## ORDER

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, upon stipulation made and entered into between Plaintiff and Defendant Howden North America Inc., through their respective and duly authorized attorneys, the Court having been fully advised in the premises and finding no just reason for delay, it is now, therefore,

ADJUDGED, ORDERED AND DECREED, that this action is DISMISSED without prejudice as to Defendant Howden North America Inc. only, and without costs to any party.

DATED this 4th day of September, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE