UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>         Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>         Defendants. | NO. 2:23-cv-00804 JHC<br><br>STIPULATED MOTION TO DISMISS DEFENDANT MILWAUKEE VALVE COMPANY, INC. AND ORDER |

## STIPULATION

The above-captioned plaintiff and defendant Milwaukee Valve Company, Inc. stipulate to the dismissal of all claims against Milwaukee Valve Company, Inc. without further Notice, without prejudice, and without costs or attorneys' fees to either party, reserving to plaintiff all plaintiff's rights of action, claims, and demands against any and all other parties.

DATED this 4th day of September, 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD<br><br>*s/ Meredith B. Good*<br>Meredith B. Good, WSBA No. 39890<br>Attorneys for Plaintiff | GORDON REES SCULLY MANSUKHANI, LLP<br><br>*s/ Kevin J. Craig*<br>Kevin J. Craig, WSBA No. 29932<br>Attorneys for Defendant Milwaukee Valve Company, Inc. |

STIPULATED MOTION TO DISMISS DEFENDANT
MILWAUKEE VALVE COMPANY, INC. & ORDER
2:23-CV-00804-JHC - 1

ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's claims against defendant Milwaukee Valve Company, Inc., its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed without prejudice and without costs or attorneys' fees to either party, reserving to plaintiff all plaintiff's right of action, claims, and demands against any and all other parties.

DATED this 4th day of September, 2024.

_____
JOHN H. CHUN
United States District Judge