UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>                    Plaintiff,<br><br>  vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>                    Defendants. | NO.  2:23-cv-00804 JHC<br><br>STIPULATED MOTION TO DISMISS DEFENDANT PUGET SOUND PIPE & SUPPLY COMPANY AND ORDER |

## STIPULATION

The above-captioned plaintiff and defendant Puget Sound Pipe & Supply Company stipulate to the dismissal of all claims against Puget Sound Pipe & Supply Company without further Notice, without prejudice, and without costs or attorneys' fees to either party, reserving to plaintiff all plaintiff's rights of action, claims, and demands against any and all other parties.

DATED this 4th day of September, 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD | GORDON REES SCULLY MANSUKHANI, LLP |
| *s/ Meredith B. Good*<br>Meredith B. Good, WSBA No. 39890<br>Attorneys for Plaintiff | *s/ Kevin J. Craig*<br>Kevin J. Craig, WSBA No. 29932<br>Attorneys for Defendant Puget Sound Pipe & Supply Company |

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's claims against defendant Puget Sound Pipe & Supply Company, its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed without prejudice and without costs or attorneys' fees to either party, reserving to plaintiff all plaintiff's right of action, claims, and demands against any and all other parties.

DATED this 4th day of September, 2024.

_____
JOHN H. CHUN
United States District Court Judge