UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>Defendants. | CASE NO. 2:23-cv-00804-JHC<br><br>ORDER |

Before the Court is Defendant Hopeman Brothers, Inc.'s Motion for Summary Judgment. Dkt. # 363. The Court has considered the materials filed in connection with the motion, the balance of the file, and the governing law. Being fully advised, the Court GRANTS Plaintiff's motion for relief under Federal Rule of Civil Procedure 56(d). Accordingly, the Court STRIKES the motion at Dkt. # 363. Hopeman Brother may renew its motion for summary judgment or file a new motion for summary judgment on or before September 23, 2024.

/

/

/

ORDER - 1

Dated this 5th day of September, 2024.

John H. Chun
United States District Judge

ORDER - 2