IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by merger to Buffalo Pumps, Inc., et al.,<br><br>　　　　Defendants. | No. 2:23-CV-00804<br><br>ORDER GRANTING DEFENDANT GUSMER ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendant Gusmer Enterprises, Inc.'s Motion for Summary Judgment. Dkt. # 381. The motion is unopposed. The Court has considered the materials submitted in connection with the motion, the balance of the file, and the governing law. Being fully advised, for the reasons presented in the motion, the Court GRANTS it and DISMISSES the claims against Gusmer with prejudice. Specifically, by not opposing the motion, Plaintiff has not presented evidence to support the claims at issue.

/

/

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT                    -1
CASE NO.: 2:23- CV-00804

DATED this 5th day of September, 2024.

                                JOHN H. CHUN
                                UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT                    -2
CASE NO.: 2:23- CV-00804