UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA SORENSON, as Personal Representative of the Estate of REID SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Cause No. 2:23-CV-804-JHC<br><br>STIPULATED MOTION TO EXTEND DUE DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANT SULZER PUMPS (US), INC.'S MOTION FOR SUMMARY JUDGMENT (Dkt. 495) & ORDER |

THIS MATTER, having come before the Court by way of Stipulated Motion to Extend Due Date for Plaintiff's Response to Defendant Sulzer Pumps Inc.'s Motion for Summary Judgement (Dkt. 495), hereby stipulate and agree that the due date for Plaintiff's Response to Defendant Sulzer Pumps (US) Inc.'s Motion for Summary Judgment be extended to October 10, 2024, pursuant to Fed. R. Civ. P. 6(b)(1)(B) and LCR 7(j).

DATED: October 7, 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br><br>/s/ *Meredith Good*<br>Meredith Good, WSBA No. 39890<br>John Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA No. 57317<br>101 SW Main Street, Suite 1820 | GORDON REES SCULLY MANSUKHANI LLP<br><br>/s/ *Virginia Leeper*<br>J. Scott Wood, WSBA No. 41342<br>Virginia Leeper, WSBA No. 10576<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104 |

STIPULATED MOT. TO EXTEND DUE DATE FOR PL.'S RESPONSE TO DEF. SULZER PUMPS (US) INC.'S MOT. FOR SUMM. JUDGMENT & ORDER- 1
2:23-CV-804-JHC

Portland, OR 97204
Phone: 314-241-2003
Email: pnwservice@mrhfmlaw.com
*Counsel for Plaintiff*

Tel: (206) 695-5100
Email: vleeper@grsm.com
swood@grsm.com
seaasbestos@grsm.com
*Counsel for Defendant Sulzer Pumps*

## ORDER

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an Order extending Plaintiff's due date to respond to Defendant Sulzer Pumps (US) Inc.'s Motion for Summary Judgment in the above-entitled cause, and the Court being fully advised in the premises, NOW THEREFORE,

IT IS SO ORDERED, that Plaintiff's due date to respond to Defendant Sulzer Pumps (US) Inc.'s Motion for Summary Judgment be extended to October 10, 2024.[1]

Dated this 7th day of October, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

---

[1] Although the wording of the stipulation appears incomplete, the relief requested by the parties is clear to the Court.