UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:23-cv-00804 JHC<br><br>ORDER GRANTING DEFENDANT SULZER PUMPS (US) INC.'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendant Sulzer Pumps (US) Inc.'s Motion for Summary Judgment. Dkt. # 495. The Court has reviewed the materials filed in support of the motion, the rest of the file, and the governing law. Essentially, the motion says that no evidence connects Sulzer to the alleged injury at issue. Plaintiff did not file an opposition to the motion, and thus did not present any evidence or argument. Accordingly, the Court GRANTS the motion and DISMISSES the claim against Sulzer with prejudice.

DATED this 16th day of October, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE