# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORITA SORENSON, as Personal Representative of the Estate of REID SORENSON,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　　　　　　　Defendants. | NO. 2:23-cv-804 - JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT AMERICAN BILTRITE INC. |

## **STIPULATION**

Plaintiff Norita Sorenson ("Plaintiff") and Defendant American Biltrite Inc. hereby stipulate that all claims against American Biltrite Inc. only may be dismissed with prejudice and without costs and/or attorney fees as to either party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | GORDON REES SCULLY MANSUKHANI, LLP |
| *s/ Meredith B. Good*<br>Meredith B. Good, WSBA No. 39890<br>*Attorneys for Plaintiff* | *s/ Kevin J. Craig*<br>Kevin J. Craig, WSBA No. 29932<br>*Attorneys for Defendant American Biltrite Inc.* |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE OF DEFENDANT
AMERICAN BILTRITE INC. 1
NO. 2:23-cv-804 - JHC

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Norita Sorenson ("Plaintiff"), and Defendant American Biltrite Inc. to dismiss all claims against American Biltrite Inc. with prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against American Biltrite Inc. only are hereby dismissed with prejudice and without costs or attorney fees as to any party. The Court STRIKES American Biltrite Inc.'s motion for summary judgment at Dkt. # 523.

DATED this 18th day of October, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE