UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA SORENSEN, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-00804 JHC<br><br>STIPULATED MOTION TO DISMISS DEFENDANT BLACKMER PUMP COMPANY ONLY & ORDER |

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed with prejudice as to defendant Blackmer Pump Company only, and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 18th day of October 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | RIZZO BOSWORTH ERAUT PC |
| */s/Meredith Good*<br>Meredith Good, WSBA No. 39890<br>John Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058 | */s/Kevin Clonts*<br>Claude Bosworth, WSBA No. 42568<br>Kevin Clonts, WSBA No. 45900 |

1 – STIPULATED MOTION TO DISMISS DEFENDANT BLACKMER PUMP COMPANY ONLY & ORDER

| | |
|---|---|
| Daniel Casey Dineen, WSBA No. 57317<br>80 SE Madison Street, Suite 310<br>Portland, OR 97214<br>Phone: (314) 241-2003<br>Facsimile: (314) 241-4838<br>Email: pnwservice@mrhfmlaw.com<br>mgood@mrhfmlaw.com<br>jsteffan@mrhfmlaw.com<br>knewton@mrhfmlaw.com<br>*Counsel for Plaintiff* | 1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201<br>Phone: (503) 229-1819<br>Facsimile: (503) 229-0630<br>Email: cbosworth@rizzopc.com<br>kclonts@rizzopc.com<br>*Counsel for Blackmer Pump Company* |

## **ORDER**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Blackmer Pump Company only in the above-entitled cause with prejudice and without costs or fees to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Defendant Blackmer Pump Company only with prejudice and without costs and/or attorney fees to any party. The Court STRIKES Defendant Blackmer Pump Company's Amended Motion for Summary Judgment at Dkt. # 497.

DATED this 21st day of October, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE