UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al.<br><br>Defendants. | Case No. 2:23-cv-00804-JHC<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FRYER-KNOWLES, INC., A WASHINGTON CORPORATION ONLY |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Norita C. Sorenson, as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant Fryer-Knowles, Inc., A Washington Corporation ("FKWA") to dismiss all claims against FKWA, only, without prejudice with a waiver of fees and costs, Dkt. # 600, and the Court being fully advised in the premises, now therefore, it is hereby ORDERED that this case be dismissed as to Defendant FKWA only, without prejudice with a waiver of fees and costs. The Court STRIKES FKWA's motion for summary judgment at Dkt. # 534.

IT IS SO ORDERED.

DATED this 21st day of October, 2024.

_____
John H. Chun
United States District Judge