UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORITA SORENSON, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-00804-JHC<br><br>STIPULATED MOTION TO DISMISS DEFENDANT JOY GLOBAL UNDERGROUND MINING LLC ONLY & ORDER |

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed with prejudice as to defendant Joy Global Underground Mining LLC only, and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 22nd day of October 2024.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br><br>*/s/Meredith Good*<br>Meredith Good, WSBA No. 39890<br>John Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA No. 57317<br>80 SE Madison Street, Suite 310 | RIZZO BOSWORTH ERAUT PC<br><br>*/s/Allen Eraut*<br>Allen Eraut, WSBA # 30940<br>Kathryn Johnson, WSBA # 59336<br>1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201 |

1 - STIPULATED MOTION TO DISMISS DEFENDANT JOY GLOBAL UNDERGROUND MINING LLC ONLY & ORDER

Portland, OR 97214
Phone: (314) 241-2003
Facsimile: (314) 241-4838
Email: pnwservice@mrhfmlaw.com
mgood@mrhfmlaw.com
jsteffan@mrhfmlaw.com
knewton@mrhfmlaw.com
*Counsel for Plaintiff*

Phone: (503) 229-1819
Facsimile: (503) 229-0630
Email: aeraut@rizzopc.com
kjohnson@rizzopc.com
*Counsel for Joy Global Underground Mining LLC*

## **ORDER**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Joy Global Underground Mining LLC only in the above-entitled cause with prejudice and without costs or fees to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Defendant Joy Global Underground Mining LLC only with prejudice and without costs and/or attorney fees to any party. The Court STRIKES Defendant Joy Global Underground Mining LLC's Motion for Summary Judgment at Dkt. # 505.

DATED this 23rd day of October, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE