# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORITA SORENSEN, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>            Plaintiff,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>            Defendants. | Case No. 2:23-cv-00804<br><br>ORDER GRANTING UNOPPOSED MOTIONS FOR SUMMARY JUDGMENT |

This matter comes before the Court on the following motions:

1. Defendant Alaskan Copper Companies, Inc.'s Motion for Summary Judgment, Dkt. # 525;

2. Defendant Crowley Maritime's Motion for Summary Judgment, Dkt. # 547; and

3. Defendant Lone Star Industries, Inc.'s Motion for Application of General Maritime Law and for Summary Judgment, Dkt. # 551.

The Court has reviewed the materials submitted in support of the motions, the rest of the case file, and the governing law. The movants essentially argue that there is no evidence connecting

them to the alleged injury at issue.[1]  Plaintiff did not file an opposition to any of the foregoing motions, and thus did not present any evidence or argument in response.  Accordingly, the Court GRANTS the motions and DISMISSES the claims against these movant Defendants with prejudice.  The Court also STRIKES as moot the following motions by the movant Defendants:

1. Defendant Alaskan Copper Companies, Inc.'s Motion to Exclude Expert Testimony of Michael Ellenbecker, Dkt. # 538;

2. Defendant Lone Star Industries, Inc.'s Motion to Exclude Expert Testimony of Michael Ellenbecker, Dkt. # 541; and

3. Defendant Crowley Maritime Corporation's Motion to Exclude Expert Testimony of Michael Ellenbecker, Dkt. # 549.

It is so ordered.

DATED this 23rd day of October, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Crowley Marine also argues in the alternative that the "turnover doctrine" precludes liability.  The Court need not reach this issue.