UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by merger to Buffalo Pumps, Inc., et al.,<br><br>Defendants. | Case No. 2:23-cv-00804-JHC<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT MORSE TEC LLC ONLY |

Before the Court is the parties' Stipulation and Order of Dismissal With Prejudice of Defendant Morse TEC LLC Only. Dkt. # 640. The Court GRANTS the motion.

It is hereby ORDERED that any and all claims and causes of action which were or could have been brought by Plaintiff NORITA SORENSON as General Personal Representative of the Estate of REID S. SORENSON against Defendant MORSE TEC LLC

ORDER OF DISMISSAL WITH PREJUDICE OF
DEFENDANT MORSE TEC LLC ONLY Page 1
2:23-cv-00804

are hereby DISMISSED WITH PREJUDICE and without costs to any party. This Order does not apply to or impact Plaintiff's claims against any other defendant in this matter.

DATED this 13th day of November, 2024.

_____
John H. Chun
United States District Judge