UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>                                 Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by merger to Buffalo Pumps, Inc., et al.,<br><br>                                 Defendants. | Case No. 2:23-cv-00804 JHC<br><br>STIPULATED MOTION TO DISMISS DEFENDANT HONEYWELL INTERNATIONAL INC. & ORDER |

COME the parties hereto, by and through their respective counsel, hereby stipulate and agree that the above-entitled action may be dismissed with prejudice as to Defendant Honeywell International Inc., f/k/a AlliedSignal Inc., Successor-in-Interest to The Bendix Corporation ("Honeywell") and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: November 15, 2024

| | |
|---|---|
| MAUNE RAICHLE HARTLEY<br>FRENCH & MUDD LLC | LANE POWELL PC |
| By *s/ Meredith Good*<br>　　Meredith Good, WSBA No. 39890<br>　　John Louis Steffan IV, WSBA No. 60564<br>　　Katryn Newton, WSBA No. 61058<br>　　Daniel Casey Dineen, WSBA No. 57317<br>　　Deirdre McDonnell, *pro hac vice*<br>　　101 SW Main Street, Suite 1820<br>　　Portland, OR 97204<br>　　pnwservice@mrhfmlaw.com<br><br>*Attorneys for Plaintiff* | By *s/ Diane C. Babbitt*<br>　　Jeffrey M. Odom, WSBA No. 36168<br>　　Diane C. Babbitt, WSBA No. 17956<br>　　Cassandra Ekure, WASBA No. 52433<br>　　1420 Fifth Avenue, Suite 4200<br>　　P.O. Box 91302<br>　　Seattle, Washington 98111-9402<br>　　Telephone:  206.223.7000<br>　　odomj@lanepowell.com<br>　　babbittd@lanepowell.com<br>　　ekurec@lanepowell.com<br>　　asbestos@lanepowell.com<br><br>*Attorneys for Defendant Honeywell*<br>*International. Inc.* |

## **ORDER**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Honeywell International Inc., only in the above-entitled cause with prejudice and without costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Defendant Honeywell International Inc. only with prejudice and without costs and/or attorney fees to any party.

DATED this 15th day of November, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE