UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al,<br><br>Defendants. | No.: 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

COMES NOW the Plaintiff and Defendant Aurora Pump Company, by and through their attorneys of record, hereby stipulate that Plaintiff's claims in the above-captioned matter against Defendant Aurora Pump Company only are dismissed with prejudice and without costs, reserving to Plaintiff her claims against all other parties.

///
///
///
///
///

Submitted by:

BULLIVANT HOUSER BAILEY PC

By   /s/ *Justin L. Meyer*
     Jeanne F. Loftis, WSBA #35355
     E-mail:jeanne.loftis@bullivant.com
     Justin L. Meyer, WSBA #58468
     E-mail:justin.meyer@bullivant.com

Attorneys for Defendant Aurora Pump Company

Copy received; approved as to form;
Notice of Presentation Waived:

MAUNE, RAICHLE, HARTLEY, FRENCH & MUDD LLC


By   /s/ *Meredith B. Good (with permission)*
     Meredith B. Good
     John L. Steffan, IV
     Katryn Newton
     Daniel Casey Dineen
     Deirdre McDonnell (*Pro Hac Vice*)
     Joshua O. Reed (*Pro Hac Vice*)
     MAUNE, RAICHLE, HARTLEY, FRENCH & MUDD LLC
     101 SW Main Street
     Suite 1820
     Portland OR, 97204
     mgood@mrhfmlaw.com
     jsteffan@mrhfmlaw.com
     knewton@mrhfmlaw.com
     jreed@mrhfmlaw.com
     dmcdonnell@mrhfmlaw.com
     PNWService@mrhfmlaw.com

Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Aurora Pump Company are hereby dismissed with prejudice and without costs to any party, reserving to Plaintiff her claims against all other parties.

Dated: December 16, 2024

*[signature: John H. Chun]*

HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE