UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION; et al.,<br><br>Defendants. | No. 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY, ONLY |

## **STIPULATION**

Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant General Electric Company hereby stipulate that all claims against General Electric Company only may be dismissed without prejudice and without costs and/or attorney fees as to either party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

///

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT
GENERAL ELECTRIC COMPANY, ONLY - 1
Case No. 2:23-cv-00804-JHC

DATED this 16th day of December, 2024.　　　DATED this 16th day of December, 2024.

By: s/Meredith Boyden Good
Meredith Boyden Good, WSBA #39890
MAUNE, RAICHLE, HARTLEY, FRENCH & MUDD LLC
1200 Fifth Ave., Suite 1400
Seattle, WA 98101
Phone: (800) 358-5922
Fax: (314) 241-4838
Email:　　PNWService@mrhfmlaw.com

Attorneys for Plaintiff

By: s/Christopher S. Marks
Christopher S. Marks, WSBA #28634
TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
Email: cmarks@tktrial.com
　　　　　seattle.asbestos@tktrial.com

Attorneys for General Electric Company

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY, ONLY - 2
Case No. 2:23-cv-00804-JHC

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant General Electric Company to dismiss all claims against General Electric Company without prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against General Electric Company only are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED December 16, 2024.

*/s/ John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT
GENERAL ELECTRIC COMPANY, ONLY - 3
Case No. 2:23-cv-00804-JHC