UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al., <br><br> Defendants. | CASE NO. 2:23-cv-00804-JHC <br><br> ORDER |

Before the Court is Plaintiff's Motion to Dismiss Defendants Cleaver-Brooks, Inc., f/k/a Cleaver-Brooks a division of Aqua-Chem Inc., Cole Industrial Inc., and Nibco, Inc.  Dkt. # 650. The Court GRANTS Plaintiff's motion and dismisses Plaintiff's claims against these Defendants without prejudice.

/

/

/

Dated this 16th day of December, 2024.

ORDER - 1

John H. Chun
United States District Judge

ORDER - 2