UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-804-JHC<br><br>STIPULATED MOTION AND ORDER TO DISMISS DEFENDANT GOULDS PUMPS INC., ONLY |

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed without prejudice as to Defendant Goulds Pumps Inc., only, and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATE: January 10, 2025.

///

///

///

STIPULATED MOT. AND ORDER TO DISMISS DEF. GOULD PUMPS, INC., ONLY- 1
2:23-CV-804-JHC

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | MORGAN LEWIS BOCKIUS LLP |
| <u>s/ Meredith Good</u><br>Meredith Good, WSBA No. 39890<br>John Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA No. 57317<br>Deirdre McDonnell, WSBA No. 62602<br>101 SW Main Street, Suite 1820<br>Portland, OR 97204<br>Phone: (314) 241-2003<br>Email: pnwservice@mrhfmlaw.com<br>mgood@mrhfmlaw.com<br>jsteffan@mrhfmlaw.com<br>knewton@mrhfmlaw.com<br>cdineen@mrhfmlaw.com<br>dmcdonnell@mrhfmlaw.com<br>*Counsel for Plaintiff* | <u>/s/ Marisa Berlinger</u><br>Marisa L. Berlinger, WSBA No. 58991<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Tel: (206) 274-6400<br>Marisa.berlinger@morganlewis.com<br>*Attorneys for Goulds Pumps Inc.* |

## **ORDER**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Goulds Pumps Inc., only in the above-entitled cause without prejudice and without costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED, that this cause be dismissed as to Defendant Goulds Pumps Inc., only without prejudice and without costs and/or attorney fees to any party.

DATED this 10th day of January, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE