UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION; et al.,<br><br>Defendants. | No. 2:23-cv-00804-JHC<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter having come before the Court on the motion of Christopher Marks, Malika Johnson, Dirk Bernhardt and Tanenbaum Keale, LLP seeking leave to withdraw as counsel for Paramount Global, f/k/a ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a/ Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Paramount Global"), and the Court having considered the records and files herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Christopher Marks, Malika Johnson, Dirk Bernhardt and Tanenbaum Keale, LLP may withdraw as counsel of record for Paramount Global.  Going forward Christopher Marks of Nelson Mullins will represent Paramount Global.

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1
Case No. 2:23-cv-00804-JHC

1  DATED this 16th day of January, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2
Case No. 2:23-cv-00804-JHC