1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

NORITA C. SORENSON as General
Personal Representative of the Estate of
REID S. SORENSON,

Plaintiff,

11

v.

12
13

AIR & LIQUID SYSTEMS
CORPORATION, successory-by merger to
Buffalo Pumps, Inc., et al.,

14

Defendants.

Case No.  2:23-cv-00804-JHC

STIPULATION AND ORDER OF
DISMISSAL AS TO DEFENDANT
GENUINE PARTS COMPANY

15
16
17
18
19

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed with prejudice as to Genuine Parts Company and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

20
21
22
23
24
25
26
27

DATED: February 4, 2025

MAUNE RAICHLE HARTLEY
FRENCH & MUDD LLC

BALLARD SPAHR LLP

By *s/ Meredith Good*
    Meredith Good, WSBA No. 39890
    John Steffan IV, WSBA No. 60564
    Katryn Newton, WSBA No. 61058
    Daniel Casey Dineen, WSBA No. 57317
    Deirdre McDonnelL, WSBA No. 62602
    101 SW Main Street, Suite 1820
    Portland, OR 97204
    pnwservice@mrhfmlaw.com

*Attorneys for Plaintiff*

By *s/ Diane C. Babbitt*
    Jeffrey M. Odom, WSBA No. 36168
    Diane C. Babbitt, WSBA No. 17956
    Cassandra Ekure, WSBA No. 52433
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone:  206.223.7000
    odomj@ballardspahr.com
    babbittd@ballardspahr.com
    ekurec@ballardspahr.com
    asbestos@ballardspahr.com

*Attorneys for Defendant Genuine Parts
Company*

## **ORDER**

Being fully advised, the Court GRANTS the motion and ORDERS that this cause be dismissed as to Genuine Parts Company only with prejudice and without costs and/or attorney fees to any party.  The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve the stipulated motion.  This matter remains stayed in all other respects.

DATED this 6th day of February, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE