1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>              Plaintiff,<br><br>      vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>              Defendants. | Case No. 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CANVAS CT, LLC FORMERLY KNOWN AS THE MARLEY COOLING TOWER COMPANY ONLY |

## **STIPULATION**

Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant Canvas CT, LLC, formerly known as The Marley Cooling Tower Company ("Marley"), by and through their counsel of record, stipulate that all claims against Defendant Marley only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, while reserving Plaintiff's claims against the other parties.

///
///
///

DATED:  February 17, 2025.

MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC


By *s/ Meredith Good*
Meredith Good, WSBA No. 39890
John Steffan IV, WSBA No. 60564
Katryn Newton, WSBA No. 61058
Daniel Casey Dineen, WSBA No. 57317
101 SW Main Street, Suite 1820
Portland OR, 97204
Telephone: (314) 241-2003
E-Service:
PNWService@mrhfmlaw.com
mgood@mrhfmlaw.com
jsteffan@mrhfmlaw.com
knewton@mrhfmlaw.com

**Attorneys for Plaintiff**

DATED:  February 17, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP


By *s/ Rachel Tallon Reynolds*
Rachel Tallon Reynolds, WSBA #38750
Erin P. Fraser, WSBA #43379
520 Pike Street, Suite 2350
Seattle, WA 98101
Telephone:  (206) 709-5900
Facsimile:  (206) 709-5901
E-Service:
Rachel.T.Reynolds@wilsonelser.com
Erin.Fraser@wilsonelser.com
NWAsbestos@wilsonelser.com

**Attorneys for Defendant Canvas CT, LLC,
formerly known as The Marley Cooling Tower
Company**

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff"), and Defendant Canvas CT, LLC, formerly known as The Marley Cooling Tower Company ("Marley"), to dismiss all claims against Defendant Marley with prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against Defendant Marley only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve the stipulated motion.  This matter remains stayed in all other respects.

DATED this 18th day of February, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE