UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by merger to Buffalo Pumps, Inc., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:23-cv-00804 JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL AS TO DEFENDANT GREENE, TWEED & CO., INC. ONLY |

COME the parties hereto, by and through their counsel of record, and hereby stipulate and agree that the above-entitled action may be dismissed with prejudice as to Defendant Greene, Tweed & Co., Inc. and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: March 14, 2025

| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | BALLARD SPAHR LLP |
|---|---|
| By *s/ Meredith Good*<br>Meredith B. Good, WSBA No. 39890<br>John L. Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA No. 57317<br>Deirdre McDonnell *pro hac vice*<br>Joshua O. Reed (*admitted pro hac vice*)<br>101 SW Main Street, Suite 1820<br>Portland, OR 97204<br>(314) 241-2003<br>mgood@mrhfmlaw.com<br>PNWService@mrhfmlaw.com<br><br>*Attorneys for Plaintiff* | By *s/ Diane Babbitt*<br>Jeffrey M. Odom, WSBA No. 36168<br>Diane C. Babbitt, WSBA No. 17956<br>Cassandra Ekure, WSBA No. 52433<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone:  206.223.7000<br>odomj@ballardspahr.com<br>babbittd@ballardspahr.com<br>ekurec@ballardspahr.com<br>asbestos@ballardspahr.com<br><br>MANNING GROSS + MASSENBURG LLP<br>Christopher O. Massenburg (*pro hac vice*)<br>Meghan B. Senter (*pro hac vice*)<br>Bradley Adam Hays (*pro hac vice*)<br>365 Canal Street, Suite 3000<br>New Orleans, Louisiana 70130<br>Telephone: 504.535.2880<br>cmassenburg@mgmlaw.com<br>msenter@mgmlaw.com<br>ahays@mgmlaw.com<br><br>*Attorneys for Greene, Tweed & Company, Inc* |

STIPULATED MOTION AND ORDER OF
DISMISSAL AS TO DEFENDANT GREENE,
TWEED & CO., INC. ONLY - 2
CASE NO. 2:23-cv-00804

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Greene, Tweed & Co., Inc. only in the above-entitled cause with prejudice and without costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Defendant Greene, Tweed & Co., Inc. only with prejudice and without costs and/or attorney fees to any party.

The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve the stipulated motion.  This matter remains stayed in all other respects.

DATED this 14th day of March 2025.

                                              JOHN H. CHUN
                                              UNITED STATES DISTRICT JUDGE