UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ARMSTRONG INTERNATIONAL, INC. ONLY |

## **STIPULATION**

Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and defendant Armstrong International, Inc., by and through their counsel of record, stipulate that all claims against defendant Armstrong International, Inc. only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, while reserving Plaintiff's claims against the other parties.

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT ARMSTRONG INTERNATIONAL, INC. ONLY- 1

Case No. 2:23-cv-00804-JHC

| | |
|---|---|
| DATED:  April 11, 2025. | DATED:  April 11, 2025. |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| By *s/ Meredith Good (w/ authorization)*<br>Meredith Good, WSBA No. 39890<br>John Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA No. 57317<br>101 SW Main Street<br>Suite 1820<br>Portland OR, 97204<br>Phone: (314) 241-2003<br>Email: PNWService@mrhfmlaw.com<br>         mgood@mrhfmlaw.com<br>         jsteffan@mrhfmlaw.com<br>         knewton@mrhfmlaw.com<br>**Attorneys for Plaintiff** | By *s/ Rachel Tallon Reynolds*<br>Rachel Tallon Reynolds, WSBA #38750<br>Erin P. Fraser, WSBA #43379<br>520 Pike Street, Suite 2350<br>Seattle, WA 98101<br>(206) 709-5900 (main)<br>(206) 709-5901 (fax)<br>Rachel.T.Reynolds@wilsonelser.com<br>Erin.Fraser@wilsonelser.com<br>E-Service: NWAsbestos@wilsonelser.com<br>**Attorneys for Armstrong International, Inc.** |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT ARMSTRONG INTERNATIONAL, INC. ONLY- 2

Case No. 2:23-cv-00804-JHC

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff"), and Defendant Armstrong International, Inc. to dismiss all claims against Armstrong International, Inc. with prejudice and without fees and costs, Dkt. # 689, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against defendant Armstrong International, Inc. only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve the stipulated motion. This matter remains stayed in all other respects.

DATED this 11th day of April, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE