UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA SORENSEN, as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-00804 JHC<br><br>STIPULATED MOTION TO DISMISS DEFENDANT WARREN PUMPS, LLC ONLY & ORDER |

COME the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled action may be dismissed with prejudice as to defendant Warren Pumps, LLC only, and without costs and/or attorney fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 18th day of April 2025.

| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | RIZZO BOSWORTH ERAUT PC |
|---|---|
| *s/Meredith Good*<br>Meredith Good, WSBA No. 39890<br>John Steffan IV, WSBA No. 60564<br>Katryn Newton, WSBA No. 61058<br>Daniel Casey Dineen, WSBA o. 57317<br>80 SE Madison Street, Suite 310 | *s/Allen Eraut*<br>Allen Eraut, WSBA No. 30940<br>1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201<br>Phone: (503) 229-1819 |

1 – STIPULATED MOTION TO DISMISS DEFENDANT WARREN PUMPS, LLC ONLY & ORDER

| | |
|---|---|
| 1  Portland, OR 97214<br>    Phone: (314) 241-2003<br>2  Email: pnwservice@mrhfmlaw.com<br>    mgood@mrhfmlaw.com<br>3  jsteffan@mrhfmlaw.com<br>    knewton@mrhfmlaw.com<br>4  *Counsel for Plaintiff* | Facsimile: (503) 229-0630<br>Email: aeraut@rizzopc.com<br>*Counsel for Warren Pumps, LLC* |

**ORDER**

THIS MATTER having come before the Court by way of stipulation and agreement of the parties for an order dismissing Defendant Warren Pumps, LLC only in the above-entitled cause with prejudice and without costs to any party, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED, that this cause be dismissed as to Defendant Warren Pumps, LLC only with prejudice and without costs and/or attorney fees to any party.

The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve this stipulated motion. This matter remains stayed in all other respects.

DATED this 21st day of April, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

2 – STIPULATED MOTION TO DISMISS DEFENDANT WARREN PUMPS, LLC ONLY & ORDER