UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-804-JHC<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT IMO INDUSTRIES, INC. |

### STIPULATION

COME NOW Plaintiff Norita C. Sorenson as Representative of the Estate of Reid S. Sorenson ("Plaintiff") and Defendant IMO Industries, Inc. ("IMO"), by and through their respective counsel, and stipulate to entry of the subjoined order dismissing all Plaintiff's claims against IMO only, reserving to Plaintiff their claims against all other defendants. Such dismissal is to be with prejudice and without costs to either party.

DATED this 1st day of May, 2025
GILLASPY RHODE FADDIS & BENN LLC

/s/ Annalie M. Faddis
Annalie M. Faddis, WSBA No. 30064
afaddis@gillaspyrhode.com
*Of Attorneys for Defendant IMO Industries, Inc.*

DATED this 29th day of April, 2025
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

/s/ Meredith Good
Meredith Good, WSBA No. 39890
mgood@mrhfmlaw.com
*Of Attorneys for Plaintiff*

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT IMO INDUSTRIES, INC. - 1

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulation by Plaintiffs and Defendant IMO Industries, Inc. to dismiss all claims against IMO Industries, Inc. with prejudice and without fees and costs, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

All of Plaintiff's claims against IMO Industries, Inc. only are hereby dismissed with prejudice and without costs or attorney fees to any party. The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve this stipulated motion. This matter remains stayed in all other respects.

DATED this 2nd day of May, 2025.

_____
John H. Chun
United States District Judge