UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PNEUMO ABEX LLC ONLY |

**STIPULATION**

Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff") and defendant Pneumo Abex LLC, by and through their counsel of record, stipulate that all claims against defendant Pneumo Abex LLC only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, while reserving Plaintiff's claims against the other parties.

///

///

///

///

DATED: May 6, 2025.

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC

By *s/ Meredith Good (w/ authorization)*
Meredith Good, WSBA No. 39890
John Steffan IV, WSBA No. 60564
Katryn Newton, WSBA No. 61058
Daniel Casey Dineen, WSBA No. 57317
101 SW Main Street
Suite 1820
Portland OR, 97204
Phone: (314) 241-2003
Email: PNWService@mrhfmlaw.com
mgood@mrhfmlaw.com
jsteffan@mrhfmlaw.com
knewton@mrhfmlaw.com
***Attorneys for Plaintiff***

DATED: May 6, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By *s/ Erin P. Fraser*
George S. Pitcher, WSBA #27713
Erin P. Fraser, WSBA #43379
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)
George.Pitcher@wilsonelser.com
Erin.Fraser@wilsonelser.com
E-Service: NWAsbestos@wilsonelser.com
***Attorneys for Pneumo Abex LLC***

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff"), and Defendant Pneumo Abex LLC to dismiss all claims against Pneumo Abex LLC with prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against defendant Pneumo Abex LLC only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve this stipulated motion. This matter remains stayed in all other respects.

DATED this 6th day of May, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE