UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al.<br><br>Defendants. | NO. 2:23-cv-00804-JHC<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO CERTAIN CLAIMS AGAINST DEFENDANT SYD CARPENTER, MARINE CONTRACTOR, INC. ONLY |

## **ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff"), and Intervenors Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Zurich American Insurance Company as successor in interest

to Zurich Insurance Company U.S. Branch, Argonaut Insurance Company, and Fireman's Fund Insurance on behalf of Defendant Syd Carpenter, Marine Contractor, Inc., ("Intervenors") to dismiss all allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to SYD CARPENTER, MARINECONTRACTOR, INC. Dkt. # 699. The Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

      Plaintiff's claims against defendant Syd Carpenter, Marine Contractor, Inc. related to exposure to asbestos on or after December 5, 1980 as to SYD CARPENTER, MARINE CONTRACTOR, INC. only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

      The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve this stipulated motion. This matter remains stayed in all other respects.

      DATED this 21st day of May, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE