UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 2:23-cv-00804-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT FLOWSERVE CORPORATION, AS S-I-I TO STEAM SUPPLY AND RUBBER CO., INC. ONLY |

IT IS HEREBY STIPULATED by and between Plaintiff and Flowserve Corporation S/I/I Steam Supply & Rubber, erroneously named as "Flowserve Corporation, as successor-in-interest to Innovative Valve Technologies, as successor-in-interest to Steam Supply and Rubber Co., Inc. ("SSR"), that SSR be dismissed, with prejudice, and without fees, costs or expenses to either party, reserving to Plaintiff all of Plaintiff's claims against all other parties. The parties also agree that this order may be presented to the Court for entry without further notice of presentation.

DATED: May 21, 2025.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD | SOHA & LANG, P.S. |
| *s/ Meredith Good*<br>Meredith Good, WSBA # 39890<br>Attorneys for Plaintiff | *s/ Rachel A. Rubin*<br>Rachel A. Rubin, WSBA 48971 |

Attorneys for Defendant Flowserve Corporation, solely as s-i-i to Steam Supply and Rubber Co., Inc.

## ORDER

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiff's claims against defendant SSR are hereby dismissed with prejudice and without costs to either party, reserving to Plaintiff her claims against all other parties.

The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve this stipulated motion. This matter remains stayed in all other respects.

DONE this 21st day of May, 2025.

_John H. Chun_
John H. Chun
United States District Judge