UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORITA C. SORENSON as General Personal Representative of the Estate of REID S. SORENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to Buffalo Pumps, Inc., et al.<br><br>Defendants. | NO. 2:23-cv-00804-JHC<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST DEFENDANT SYD CARPENTER, MARINE CONTRACTOR, INC. ONLY |

### ORDER OF DISMISSAL

THIS MATTER comes before the Court by way of stipulated motion by Plaintiff Norita C. Sorenson as General Personal Representative of the Estate of Reid S. Sorenson ("Plaintiff"), and Intervenors Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Zurich American Insurance Company as successor in interest to Zurich Insurance Company U.S. Branch, Argonaut Insurance Company, and Fireman's Fund Insurance on behalf of Defendant Syd Carpenter, Marine Contractor, Inc., ("Intervenors") to

ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS
AGAINST DEFENDANT SYD CARPENTER, MARINE CONTRACTOR,
INC. ONLY - 1

dismiss all claims alleged against defendant SYD CARPENTER, MARINECONTRACTOR, INC. only.  Dkt. # 705.  The Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against defendant Syd Carpenter, Marine Contractor, Inc. only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

The Court lifts the stay imposed on January 16, 2025, Dkt. # 680, solely to resolve this stipulated motion.  This matter remains stayed in all other respects.

DATED this 11th day of July, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE